**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Twin City Harley Davidson, Inc., d/b/a Midwest Sports Center, a Minnesota corporation,

Plaintiff,

vs.

Mercury Marine, a division of Brunswick Corporation, a Delaware corporation,

Defendant.

**Civil No. 00-2201 DSD/SRN**

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time within which Defendant Brunswick Corporation has to move against, move to stay, answer or otherwise respond to the Complaint in the above entitled action, including asserting any defenses Brunswick Corporation may have under Rule 12(b) of the Federal Rules of Civil Procedure, may be enlarged and extended up to and including Friday, October 27, 2000.

Dated: October 10, 2000

By: [signature]
John D. French, #31914
Daniel J. Connolly, # 197427
FAEGRE & BENSON, LLP
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

ATTORNEYS FOR MERCURY MARINE

Dated: October 11, 2000

By: [signature]
George R. Serdar #99259
MESSERLI & KRAMER, P.A.
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402-4218
(612) 672-3696

ATTORNEY FOR PLAINTIFF TWIN CITY HARLEY DAVIDSON, INC., d/b/a MIDWEST SPORTS CENTER

FILED OCT 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**ORDER**

Based on the above Stipulation, it is hereby Ordered that the time within which Defendant Brunswick Corporation has to move against, move to stay, answer or otherwise respond to the Complaint in the above entitled action, including asserting any defenses Brunswick Corporation may have under Rule 12(b) of the Federal Rules of Civil Procedure, is enlarged and extended up to and including Friday, October 27, 2000.

Dated; October 12, 2000

Susan Richard Nelson
United States Magistrate Judge

M2:20341914.01