# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 02-3713

| | | |
|---|---|---|
| Twin City Harley Davidson, Inc., doing business as Midwest Sports Center, a Minnesota corporation, | * | |
| Appellant, | * | Appeal from the United States District Court for the District of Minnesota |
| v. | * | 00-2201 JNE/JGL |
| Mercury Marine, Inc., a division of Brunswick Corporation, a Delaware corporation, | * | |
| Appellee. | * | |

**JUDGMENT**

The parties' joint motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

Mandate shall issue forthwith.

(5361-010199)

August 13, 2003

Order entered at the Direction of the Court

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

FILED AUG 15 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK